UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

EDWARD RAKER,

      Plaintiff,

  -v-                                                   No. 11 Civ. 5355 (LTS)(MHD)

NEMO TILE CO., INC., <u>et. al.</u>,

      Defendants.
-------------------------------------------------------x

## ORDER

        In light of the filing of the Amended Complaint, the Motion to Dismiss is terminated without prejudice. The Court of Clerk is directed to close docket entry 9.

SO ORDERED.

Dated: New York, New York
       October 21, 2011

                                                LAURA TAYLOR SWAIN
                                                United States District Judge